| | |
|---|---|
| H. BRUCE BRONSON, ESQ.<br>*Counsel for 54 SCL Funding LLC*<br>Bronson Law Offices, P.C.<br>480 Mamaroneck Ave.<br>Harrison, NY 10528<br>Tel. 914-269-2530<br>Fax. 888-908-6906<br>Email: hbbronson@bronsonlaw.net | Hearing Date: September 16, 2025<br>Hearing Time: 4:00 PM |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

In re:

                                                                                                   Chapter 11
                                                                                                   Case No. 25-11256 (PB)

       33 MAKO, LLC

                                        Debtor.
-------------------------------------------------------x

**NOTICE OF HEARING ON MOTION FOR AN ORDER PURSUANT TO SECTION 362
OF THE BANKRUPTCY CODE GRANTING RELIEF FROM STAY**

     **PLEASE TAKE NOTICE** that upon the motion of 54 SCL Funding LLC, (the "**Secured Creditor**") for the entry of an Order lifting the automatic stay pursuant to section 362(d) of the Bankruptcy Code for the purpose of allowing the Secured Creditor to proceed in state court to enforce the Secured Creditor's rights and interests in the real property located at 54 Sandcastle Lane, Amagansett, NY 11930 (the "**Motion**") a hearing has been scheduled for **September 16, 2025, at 4:00 P.M.** before the Honorable Philip Bentley, United States Bankruptcy Judge, One Bowling Green, New York, NY 10004, via Zoom for Government.

     **PLEASE TAKE FURTHER NOTICE** that participants are required to register their appearance by 4:00 P.M. one business day before any scheduled Zoom or in-person hearing using the eCourt Appearances Tool at https://www.nysb.uscourts.gov/ecourt-appearances
    Thereafter, the Court will send you the link and passcode for the Zoom hearing.

     **PLEASE TAKE FURTHER NOTICE** that should conform to the Bankruptcy Rules and the Local Rules of the Bankruptcy Court, shall be filed with the Bankruptcy Court, and shall be served upon undersigned counsel, the Office of the United States Trustee, and all parties who have timely filed requests for notice under Rule 2002 of the Bankruptcy Rules, with copy to the chambers of the Honorable Philip Bentley so as to be received no later than September 9, 2025.

| | |
|---|---|
| Dated: Harrison, New York<br>       August 12, 2025 | BRONSON LAW OFFICES, P.C.<br>*By: /s/ H. Bruce Bronson*<br>    H. Bruce Bronson |