UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In Re:                                                                                     Chapter 11

33 MAKO LLC,                                                                     Case No. 25-11256-PB

                            Debtor.
-----------------------------------------------------------X

## SECOND AMENDED CERTIFICATION OF JOEL M. SHAFFERMAN

**JOEL M. SHAFFERMAN** certifies that:

1. I am of counsel to the law firm of Kucker Marino Winiarsky & Bittens, LLP ("KMW&B") with an address at 737 Third Avenue, New York, New York 10017, and have been duly admitted to practice in this Court[1].

2. To the best of my knowledge, neither I nor any member or associate of KMW&B has any connection with above named Debtor, its creditors, or any other party in interest herein or its respective attorneys. I submit this Certification in support of the entry of an Order of this Court authorizing the retention of KMW&B as counsel to the Debtor.

3. I will bear primary responsibility for this case. To the best of my knowledge, neither I nor KMW&B represent any interest adverse to the Debtor herein or its estate in the matters upon which KMW&B is engaged. Therefore, KMW&B and I are disinterested persons pursuant to Section 101(14) of the title 11 of the United States Code (the "Bankruptcy Code").

---

[1] I am also a member of Shafferman & Feldman LLP ("S&F"). S&F has no connection with any of the parties in interest in this Chapter 11 case.

1

4. I have read and am generally familiar with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the Southern District of New York.

5. I am competent to represent the interests of the Debtor herein in all proceedings now pending or which may reasonably be expected to be pending in this court in the foreseeable future.

6. Neither I nor KMW&B represents any interest adverse to the Debtor herein or his estate in the matters upon which KMW&B is to be engaged. Neither I nor any other attorney employed by KMW&B has any connection with William K. Harrington, Esq. or any person employed by the Office of the United States Trustee.

7. KMW&B has received a retainer from the Debtor, in the amount of $7,500.00, inclusive of the filing fee of $1,738.

8. I am currently the attorney at KMW&B who will bear the sole responsibility for KMW&B's representation of the Debtor in this case. My billing rate for this case will be $560 an hour.

Dated: New York, New York         By: _/S/ Joel M. Shafferman___
      August 26, 2025                      Joel M. Shafferman